IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

HELEN DEWITT,
    Plaintiff,

vs.                                                         Case No. 08-1257-JTM

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION,
    Defendant.

## MEMORANDUM AND ORDER

In accordance with the order of remand and judgment of the Tenth Circuit in this case, filed July 26, 2010, this case is remanded for further administrative proceedings, consistent with the Tenth Circuit Opinion.

IT IS ACCORDINGLY ORDERED this 28th day of July, 2010, that the case is remanded.

                                                     s/ J. Thomas Marten
                                                     J. THOMAS MARTEN, JUDGE